CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 15 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DARREL A. WHITE, | ) Civil Action No. 7:10CV00514 |
| Plaintiff, | ) |
| | ) **ORDER** |
| vs. | ) |
| OFFICER M. OWENS, <u>ET</u> <u>AL.</u>, | ) By: Samuel G. Wilson |
| | ) United States District Judge |
| Defendant(s). | ) |

In accordance with the accompanying memorandum opinion, it is now

## ORDERED

that the plaintiff's motion for a preliminary injunction is DENIED.

The clerk will send a copy of this order and the accompanying memorandum opinion to plaintiff and counsel of record for the defendants.

ENTER: This 15th day of June, 2011.

_____
United States District Judge