IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **DARREL A. WHITE,** ) | Civil Action No. 7:10-cv-00514 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| **OFFICER M. OWENS, et al.,** ) | By: | Hon. Michael F. Urbanski |
| Defendants. ) | | United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED** the plaintiff's "Motion to set aside verdict and grant new trial" (Dkt. # 168), is

**DENIED**, and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

Entered: March 19, 2012

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge